

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS

### FORT WORTH

### NO. 02-13-00203-CV

IN THE INTEREST OF A.L. AND
L.L., CHILDREN

------------

FROM THE 393RD DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED: July 3, 2013

---

[1]*See* Tex. R. App. P. 47.4.